CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**DEC 2 7 2007**

JOHN F. CORCORAN, CLERK
BY: *[signature]*
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

KENNETH A. BURKE,          )
      Plaintiff,          )          Civil Action No. 7:07-cv-00554
                )
v.          )          **FINAL ORDER**
                )
GERALD A. MCPEAK, <u>et. al.</u>,          )          By: Hon. James C. Turk
      Defendant(s).          )          **Senior United States District Judge**

In accordance with the Memorandum Opinion entered this day, it is hereby

## ADJUDGED and ORDERED

that plaintiff's motion to amend is **GRANTED**, but that this civil rights complaint as amended is

**DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1); plaintiff's other motions are

**DISMISSED** as moot; and the action is hereby stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to plaintiff.

ENTER: This _27th_ day of December, 2007.

*[signature]*
Senior United States District Judge